IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM MANDOUR, | No. C 09-05964 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| ERIC HOLDER, et al., | |
| Respondents. | |

In accordance with the Court's order granting respondents' motion to dismiss the habeas petition for lack of jurisdiction, judgment is hereby entered against petitioner and in favor of respondents.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 5, 2010

SUSAN ILLSTON
United States District Judge